ACCEPTED
01-15-00365-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
5/19/2015 2:43:35 PM
CHRISTOPHER PRINE
CLERK

No. 1-15-00365-CR

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
5/19/2015 2:43:35 PM
CHRISTOPHER A. PRINE
Clerk

ORLANDO SALAZAR

IN THE COURT OF APPEALS

V.

OF THE FIRST SUPREME

STATE OF TEXAS

JUDICIAL DISTRICT

## MOTION FOR EXTENSION OF TIME
## TO FILE APPELLANT'S BRIEF

Comes Now, ORLANDO SALAZAR, Appellant, and files this motion for an extension of thirty days in which to file the brief of Appellant. In support of this motion, the Appellant shows the court the following:

I.

This is an appeal from a Motion to Adjudicate and subsequent sentence in the 340th District Court in Tom Green County, dated February 19, 2015 in a case styled State of Texas v. Orlando Salazar, cause number C-08-0822-SA. Appeal was perfected on or about March 20, 2015. The Reporter's Record was filed on April 17, 2015. The Clerk's record was filed April 24, 2015.

II.

The deadline for filing the Appellant's brief is May 26, 2015. The Appellant has not requested any extensions of the aforementioned deadline prior to this request.

III.

Appellant's request is based on the following facts:

> Counsel for the Appellant requested supplementation of the Clerk's record. Specifically, the order of the Court extending the period of community supervision was not included in the record nor were the

five motions to revoke filed by the State, including the one on which the Court adjudicated the Appellant guilty. Counsel believes he can have the brief completed in thirty days.

WHEREFORE, Counsel for Appellant prays the court grant this motion and extend the deadline for filing the brief in cause no. 3-95-00015-CR to June 25, 2015.

Respectfully Submitted,

_____
FRANK D. BROWN
Lawyer
P.O. Box 3275
San Angelo, TX 76901
325-227-8794
325-227-8817 Fax
1honestlawyer@sbcglobal.net
TSB# 03122500

## CERTIFICATE OF SERVICE

As required by Texas Rule of Appellate Procedure 6.3 and 9.5(b), (d), (e), I certify that I have served this document on all other parties which are listed below on 05/19/2015 as follows:

Ashley Knight
124 W. Beauregard
San Angelo, Texas 76903
Attorney for the State of Texas
By: FAX

_____

Lawyer
Date: